**HONORABLE DAVID G. ESTUDILLO**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CHRISTOPHER COOPER and MARTIS SANDERS as guardian for their minor daughter, K.C.; CHRISTOPHER COOPER and MARTIS SANDERS, individually**<br><br>Plaintiffs,<br><br>v.<br><br>**WOODLAND SCHOOL DISTRICT, K.W.R.L. TRANSPORTATION CO-OP, and SHANNON BARNETT**<br>Defendants. | **NO.  3:22-CV-05262-DGE**<br><br>ORDER APPROVING MINOR SETTLMENT<br><br>NOTE ON MOTION CALENDAR:<br><br>JANUARY 31, 2023 |

THIS MATTER having come before the undersigned Judge of the above-entitled Court pursuant to the Petition for Approval of Minor Settlement, and the Court having considered the records and files contained herein, it is hereby ORDERED:

1) The proposed settlement of $75,000 as set forth in the Petition for Approval of Settlement is found to be reasonable and is approved;

2) On behalf of the Defendants, Southwest Washington Risk Management Insurance Cooperative shall issue payment in the amount of $75,000.00 to "Northwest Justice Clinic Client Trust Account."

ORDER APPROVING MINOR SETTLEMENT;
NO.  3:22-CV-05262-DGE
Cooper et al. v. Woodland School District et al. -    Page  1 of 3

3) Northwest Justice Clinic shall provide payment into the trust account the sum of $75,000.00;

4) Northwest Justice Clinic have advanced the cost of mediation in the amount of $2,750.00, to be reimbursed from the gross settlement amount.

5) Plaintiffs will establish a blocked educational saving account for the benefit of Plaintiff K.C. and Plaintiff's Counsel will transfer $15,000.00 directly from their trust account to said savings account. Any funds held in a blocked account on behalf the minor are not to be released, except pursuant to further order of this Court;

6) The remainder of funds shall be distributed collectively to Plaintiffs Christopher Cooper and Martis Sanders.

   a. Distribution of Funds:

   |  |  |
   |---|---|
   | Attorney's Fees | $0 |
   | Attorney's Costs | $2,750.00 |
   | Educational Savings Account: | $15,000.00 |
   | Christopher Cooper | $28,625.00 |
   | Martis Sanders | $28,625.00 |
   | Total: | $75,000.00 |

7) The Settlement Guardian Ad Litem's fees and costs in the amount of "$1,750.00" are found to be reasonable and approved, to be paid by Southwest Washington Risk Management Insurance Cooperative.

8) Proof of deposit of the settlement funds into a blocked account shall be filed with the court within 60 days of this order. The Settlement Guardian ad Litem and counsel for plaintiffs and defendants shall not withdraw from the case until the court receives proof of deposit.

9) The minor's parents, Martis Sanders and Christopher Cooper, are authorized to sign all settlement agreements and releases on behalf of minor K.C.

DONE IN OPEN COURT this 21st day of February, 2023.

David G. Estudillo
United States District Judge

ORDER APPROVING MINOR SETTLEMENT;
NO.  3:22-CV-05262-DGE
Cooper et al. v. Woodland School District et al.  -     Page  3 of 3